[Civ. No. 8307. First Appellate District, Division One.—August 25, 1932.]

EDLYN B. WELCH, Appellant, v. RELIABLE CARPET WORKS, INC. (a California Corporation), et al., Respondents.

Brooks Gifford and William E. Fox for Appellant.

Cooper & Collings and Lewis D. Collings for Respondents.

KNIGHT, J.—This is a companion appeal to *Braren* v. *Reliable Carpet Works, Inc., et al.,* (No. 8305) *ante,* p. 489 [13 Pac. (2d) 972], and *Braren* v. *Reliable Carpet Works, Inc., et al.,* (No. 8306) *ante,* p. 785 [13 Pac. (2d) 973], the merits of which were considered and determined in *Braren* v. *Reliable Carpet Works, Inc., et al.,* (No. 8305) *ante,* p. 489 [13 Pac. (2d) 972], this day decided. For the reasons and upon the grounds set forth in the decisions therein, the purported judgment appealed from herein is affirmed.

Tyler, P. J., and Cashin, J., concurred.